NO. 07-02-0078-CR



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL A



JULY 1, 2002



______________________________




NICOLAS DAMEON MCFALLS, APPELLANT



V.



THE STATE OF TEXAS, APPELLEE




_________________________________



FROM THE 251ST DISTRICT COURT OF POTTER COUNTY;



NO. 43,774-C; HONORABLE ROBERT MONTGOMERY, JUDGE



_______________________________



Before BOYD, C.J., and REAVIS and JOHNSON, JJ.

 On April 23, 2002, this court issued its opinion and entered judgment dismissing an
appeal by appellant Nicholas Dameon McFalls. The appeal was based upon appellant's
having filed a "Notice of Appeal and Motion for New Trial" referencing judgment and
sentence "entered on July 28, 2001" in Cause No. 43-774-C in the 251st District Court of
Potter County (the trial court).


 On June 26, 2002, the trial court clerk filed with the clerk of this court a copy of
another document filed with the trial court clerk on June 20, 2002, by appellant. The
document is entitled "Notice of Appeal and Motion for New Trial," designates Cause No.
43-774-C in the 251st District Court of Potter County, and references a judgment and
sentence entered on July 28, 2001. 

 We have previously considered appellant's attempt to appeal from the judgment of
the trial court convicting him and sentencing him to incarceration in Cause No. 43-774-C,
although the judgment is based on a hearing and sentence imposed on July 26, 2001, not
July 28, 2001. As noted, our opinion and judgment were dated April 23, 2002. Because
appellant has previously appealed from the trial court's judgment in Cause No. 43-774-C,
we consider his latest filing to be a motion for rehearing. See Texas Rule of Appellate
Procedure 49. 

 The motion is untimely. See TRAP 49.1, 49.8. We have no jurisdiction to consider
it. Accordingly, appellant's motion is dismissed. 


 Phil Johnson

 Justice



Do not publish. 

 



QFormat="true" Name="heading 2"/>
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 









NO. 07-10-00416-CR

 

IN THE COURT OF APPEALS

 

FOR THE
SEVENTH DISTRICT OF TEXAS

 

AT
AMARILLO

 

PANEL A

 



APRIL
1, 2011

 



 

ROBERT DEWAYNE BENNETT, APPELLANT

 

v.

 

THE STATE OF TEXAS, APPELLEE 



 



 

 FROM THE 355TH DISTRICT COURT OF HOOD
COUNTY;

 

NO. CR11349; HONORABLE RALPH H. WALTON JR., JUDGE



 



 

Before CAMPBELL
and HANCOCK and PIRTLE, JJ.

 

 

MEMORANDUM OPINION

 

            Robert Dewayne Bennett appealed his conviction for possession
of less than one gram of a controlled substance and the resulting sentence of
fifteen years imprisonment.

            Bennetts
counsel has notified this Court that Bennett has passed away and, in light of
his passing, has moved this Court to permanently abate Bennetts appeal.  The death of an appellant during the pendency
of his or her appeal deprives this Court of jurisdiction. Tex. R. App. P. 7.1(a)(2);
Whitmire v. State, 943 S.W.2d 894, 895
(Tex.Crim.App. 1997).

            Accordingly,
we grant the motion and permanently abate this appeal.

 

                                                                                                                                                                                                                                                            Mackey
K. Hancock

                                                                                                            Justice

 

            








Do
not publish.